UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 2 0 2009 ★

**BROOKLYN OFFICE**

UNITED STATES OF AMERICA

JUDGMENT OF ACQUITTAL

-VS-

CR-07-127(S)-5(FB)

MARK BOLT,
        Defendant.

The above-named defendant was found not guilty.

IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

s/Frederic Block

-------
Signature of Judicial Officer

FREDERIC BLOCK
-------
Name & Title of Judicial Officer

5/15/09
-------
Date

5/18/09